UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RAYMOND YU,<br><br>        Plaintiff,<br><br>    v.<br><br>DESIGN LEARNED, INC., et al.,<br><br>        Defendants. | Case No. 3:15-cv-05345-LB<br><br>**ORDER RESCHEDULING CASE-MANAGEMENT CONFERENCE AND DIRECTING SERVICE OF PROCESS** |

The plaintiff filed this lawsuit on November 23, 2015. (*See* ECF No. 1.) The defendants have not appeared, and the docket does not reflect service on them. The 120-day period to serve them expires on March 22, 2016. *See* Fed. R. Civ. P. 4(m).

Under the circumstances, the court vacates the case-management conference scheduled for February 25, 2016 and re-sets it to March 31, 2016, at 11:00 a.m. The plaintiff is directed to serve the defendants by March 22, 2016 and to file proof of service by March 24, 2016 or risk the dismissal of the case under Federal Rule of Civil Procedure 4(m) without prejudice.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND YU,

        Plaintiff,

  v.

DESIGN LEARNED, INC., et al.,

        Defendants.

Case No. 3:15-cv-05345-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Yu
1444 Bel Aire Road
San Mateo, CA 94402

Dated: February 19, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____

Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

2