UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND YU,<br><br>        Plaintiff,<br><br>    v.<br><br>DESIGN LEARNED, INC., et al.,<br><br>        Defendants. | Case No. 3:15-cv-05345-LB<br><br>ORDER DIRECTING SERVICE OF PROCESS |

    The plaintiff filed this lawsuit on November 23, 2015. (*See* ECF No. 1.) Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. This means that the plaintiff had until March 22, 2016 to serve the defendants. *See* Fed. R. Civ. P. 4(m). To date, the plaintiff served defendants Design Learned, Inc. and E.C.C. & Associates. (ECF Nos. 8, 9.) The defendants Design Learned, E.C.C. & Associates, Scott Learned, Kelly August, Michael Pfarr, and Ann Block appeared in the case. All appearing parties have consented to this court's jurisdiction. (*See* ECF Nos. 4, 15.) The defendant Tim Levy has not appeared and the docket does not reflect service on him. (*See generally* Docket.)

    The court previously ordered Mr. Yu to serve all defendants by March 22, 2016 and to file proof of service by March 24, 2016. (*See* ECF No. 7.) He has not filed any proof of service with respect to the defendant Tim Levy. (*See generally* Docket.)

ORDER (No. 3:15-cv-05345-LB)

1   Accordingly, by April 4, 2016, the court orders the plaintiff to either file proof of service that
2   he served Mr. Levy or show good cause in writing for the failure to serve him. If he does not file
3   proof of service or show good cause, the court will dismiss the defendant Tim Levy from the case
4   without prejudice under Federal Rule of Civil Procedure 4(m).

5   **IT IS SO ORDERED.**

6   Dated: March 28, 2016

7   _____
8   LAUREL BEELER
    United States Magistrate Judge