UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RAYMOND YU,<br><br>                     Plaintiff,<br><br>        v.<br><br>DESIGN LEARNED, INC., et al.,<br><br>                     Defendants. | Case No.15-cv-05345-LB<br><br>**ORDER RE CMC STATEMENT**<br>Re: ECF No. 30 |

The court acknowledges Mr. Yu's case-management conference statement at ECF No. 30 and his attempts to engage in settlement discussions. The ordinary timing of a case-management conference is after a defendant answers a complaint. When motions to dismiss are filed, the court resolves those first and then sets a case-management conference. After the current motion is briefed fully, the court will be able to better determine the timing of the initial case-management conference.

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No.  15-cv-05345-LB)