Ryan P. Harley, Esq. (SBN 245059)
Timothy J. Witczak, Esq. (SBN 308739)
COLLINS COLLINS MUIR + STEWART LLP
1999 Harrison St., Suite 1700
Oakland, CA 94612
(510) -844-5100– FAX (510) 844-5101
Email: rharley@ccmslaw.com
Email: twitczak@ccmslaw.com

Attorneys for Defendants,
DESIGN LEARNED, INC., SCOTT LEARNED, KELLY AUGUST, MICHAEL PFARR, ANN BLOCK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND YU, | CASE NO. 3:15-cv-5345 LB |
| Plaintiff, | *[Assigned to Magistrate Judge Laurel Beeler]* |
| vs. | **STIPULATION OF DISMISSAL** |
| DESIGN LEARNED, INC., E.C.C. & ASSOCIATES dba EMPIRE COLLECTION AGENCY, SCOTT LEARNED, KELLY AUGUST, MICHAEL PFARR, ANN BLOCK, TIM LEVY | Action Filed:  11/23/15<br>Trial:         07/17/17 |
| Defendants. | |

///

///

///

*19906 – STIPULATION OF DISMISSAL*

Collins Collins Muir + Stewart LLP
1999 Harrison Street
Suite 1700
Oakland, CA 94612
Phone (510) 844-5100
Fax   (510) 844-5101

1

**STIPULATION OF DISMISSAL**

Plaintiff Raymond Yu, *pro per*, and Defendants Design Learned, Scott Learned, Kelly August, Michael Pfarr, and Ann Block, by their counsel Ryan P. Harley and Timothy J. Witczak, hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

DATED: March 29, 2017           COLLINS COLLINS MUIR + STEWART LLP

By: _____
    TIMOTHY J. WITCZAK
    Ryan P. Harley, Esq.
    Attorneys for Defendants DESIGN LEARNED, INC., SCOTT LEARNED, KELLY AUGUST, MICHAEL PFARR, ANN BLOCK

RAYMOND YU

By: /s/ Raymond Yu
    Raymond Yu
    Plaintiff, *pro per*

Collins Collins Muir + Stewart LLP
1999 Harrison Street
Suite 1700
Oakland, CA 94612
Phone (510) 844-5100
Fax (510) 844-5101

*19906 – STIPULATION OF DISMISSAL*

2

**STIPULATION OF DISMISSAL**

**PROOF OF SERVICE**
(CCP §§ 1013(a) and 2015.5; FRCP 5)

State of California,         )
                             )  ss.
County of Alameda.           )

  I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Harrison St., Suite 1700, Oakland, California 94612.

  On this date, I served the foregoing document described as **STIPULATION OF DISMISSAL** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

| | |
|---|---|
| **RAYMOND YU**<br>1444 Bel Aire Rd.<br>San Mateo, CA 94402<br>(415) 225-0106<br>muddalum@gmail.com<br>**PLAINTIFF IN PRO PER** | Michael Dietrick, Esq.<br>**LAW OFFICES OF MICHAEL DIETRICK**<br>765 Baywood Drive, Suite 227<br>Petaluma, CA 94954<br>(707) 763-5019<br>dietrick@pacbell.net<br>**ATTORNEYS FOR E.C.C. & ASSOCIATES dba EMPIRE COLLECTION AGENCY** |

☒ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Oakland, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. **TO PLAINTIFF IN PRO PER**

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Oakland, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List on: 03/29/17 (Date) at P.M. (Time)

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (510) 844-5101, indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **MARCH 29, 2017** at Oakland, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Pamela Kassoff*

**PAMELA KASSOFF**
pkassoff@ccmslaw.com